UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

AMERICAN LIFE, INC., a Washington
corporation,

                                      Plaintiff,

    v.

EB-5 UNITED, LLC, a Washington limited
liability company,

                                   Defendant.

No.

COMPLAINT FOR INJUNCTIVE
RELIEF AND DAMAGES AND
DEMAND FOR JURY

## I.    INTRODUCTION

1.    Plaintiff American Life, Inc. ("ALI") is a real estate development company operating in major markets throughout the United States.  ALI's principal source of funding its projects is through the EB-5 immigrant investor program, which allows foreign nationals to invest in an approved United States business and receive permanent U.S. residency green cards.

2.    Defendant EB-5 United, LLC ("EB-5 United") is also a real estate development company operating throughout the United States, and is a direct competitor of ALI.  EB-5 United's website touts as one of its purported "representative projects" a project involving the construction of a Courtyard by Marriott Hotel/Residence Inn hotel located at 901 West Olympic

COMPLAINT FOR INJUNCTIVE RELIEF AND
DAMAGES AND DEMAND FOR JURY- 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Boulevard in Los Angeles (the "Hotel Project").  EB-5 United had absolutely nothing to do with

the development of the Hotel Project and is using that project as a means of diverting prospective

investors away from ALI's projects and towards EB-5 United.

3.      ALI is the managing partner of 901 West Olympic Boulevard Limited

Partnership, the entity that owns and operates the Hotel Project.

4.      ALI now seeks an injunction against EB-5 United and money damages for EB-5

United's misleading use of ALI's Hotel Project.

## II.      PARTIES

5.      Plaintiff ALI is a duly incorporated and licensed Washington corporation in good

standing, with its principal place of business located in Seattle, Washington.

6.      Defendant EB-5 United is a Washington limited liability corporation whose

registered representative is located in Vancouver, Washington.  EB-5 United's corporate offices

are located at 604 Arizona Avenue, Santa Monica, California 90401.

## III.      JURISDICTION AND VENUE

7.      This Court has personal jurisdiction over defendant EB-5 United, because

defendant transacts business in the State of Washington, and transacts business through the

internet into Washington, and is a Washington limited liability company.  The internet is an

instrument of commerce which defendant uses to reach into this district.

8.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C.

§ 1331, because one or more of the claims at issue arises under federal law, specifically the

Lanham Act, 15 U.S.C. §§ 1051 et seq., including §1125(a).

9.      This Court has supplemental jurisdiction over the state law claims at issue in this

action pursuant to 28 U.S.C. § 1367, because these claims are so related to the federal law claims

COMPLAINT FOR INJUNCTIVE RELIEF AND
DAMAGES AND DEMAND FOR JURY- 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

\\krfile\data\Clients\27202\113\Pleadings\Complaint.docx

as to form part of the same case or controversy; that is, they arise out of a common nucleus of operative facts.

10. Venue is proper in this District pursuant to 28 U.S.C. § 1391, because a substantial portion of the events giving rise to the claims in this action occurred in this District, the injuries presented in this action occurred in this District, Plaintiff resides in this District, and Defendant may be found in this District.

## IV. FACTUAL BACKGROUND

11. Since 1996, ALI has worked with approximately 1,700 foreign investors, through the EB-5 program, who have obtained "green cards" allowing residency in the United States as a result of their investments through ALI affiliates. ALI was one of the first developers to use the EB-5 immigrant investor program as a business model for financing its projects.

12. ALI initially focused its operations on developments in Seattle, Washington. Beginning in 2006, ALI branched out to other areas located throughout the United States, including Southern California. There, ALI was responsible for the development of the Hotel Project.

13. EB-5 United was formed as a Washington limited liability company on or about December 5, 2013.

14. B. Scott Fuller is one of EB-5 United's members and its registered agent. With regard to Mr. Fuller, EB-5 United's website states, "In 2013 Scott founded EB5 United to provide equity and debt capital to real estate developers through the EB-5 program."

15. EB-5 United's website contains a page titled, in large print, "Representative Projects." Attached hereto as Exhibit A is a true and correct copy of the referenced page of EB-5 United's current website. In smaller print appears the text, "Current projects and ones completed

COMPLAINT FOR INJUNCTIVE RELIEF AND
DAMAGES AND DEMAND FOR JURY- 3

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

\\krfile\data\Clients\27202\113\Pleadings\Complaint.docx

by EB-5 United principals." The same web-page contains photographs of two "approved" projects. The one in the middle of the page is a photograph of the Hotel Project. If one places the cursor of a computer on the photograph, the following text appears on the screen:

LA LIVE COURTYARD / RESIDENCE INN, LOS ANGELES

Role: Co-Development Team, LLC Member
Project Size: 400 rooms
EB-5 Equity: $176 million
I-526 Approval: 100%

16.     The foregoing text and photograph are false or misleading descriptions of fact designed and intended to associate EB-5 United with ALI's Hotel Project when EB-5 United and EB-5 United's principals were not members of the Hotel Project's development team or EB-5 offering team. The foregoing text and photograph were placed on EB-5 United's website willfully.

17.     EB-5 United had no involvement in the Hotel Project. It was not a "co-development team, LLC member."

18.     EB-5 United played no role in obtaining the approval of foreign investors in the Hotel Project for residency "green cards."

19.     At no time has EB-5 United held an equity interest in the Hotel Project of $176 million. At no time has EB-5 United held an equity interest in the Hotel Project of any amount.

20.     EB-5 United's principals had no involvement in the Hotel Project. They were not a "co-development team, LLC member."

21.     EB-5 United's principals played no role in obtaining the approval of foreign investors in the Hotel Project for residency "green cards."

COMPLAINT FOR INJUNCTIVE RELIEF AND
DAMAGES AND DEMAND FOR JURY- 4

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

\\krfile\data\Clients\27202\113\Pleadings\Complaint.docx

22.     At no time have any of EB-5 United's principals held an equity interest in the Hotel Project of $176 million.  At no time have any of EB-5 United's principals held an equity interest in the Hotel Project of any amount.

23.     EB-5 United's use of a photograph of ALI's Hotel Project and accompanying text falsely and misleadingly associating EB-5 United with the Hotel Project was for the purpose of promoting, marketing, and selling its services to prospective investors, in competition with ALI.

24.     By email sent to Mr. Fuller on July 2, 2014, ALI requested that EB-5 United remove the photograph of the Hotel Project from its website.  EB-5 United has refused and failed to remove the photograph.

25.     By letter sent to Mr. Fuller by email on July 2, 2014, ALI's attorneys demanded that EB-5 United remove the "name, information, and images" of the Hotel Project from its website.  Attached hereto as Exhibit B is a true and correct copy of the foregoing letter.

26.     In response, Mr. Fuller sent an email that same day, explaining that he was "part of the development team" for the Hotel Project.  The asserted basis for this claimed involvement is that, according to Mr. Fuller, he is "the sole member of the Fuller Family LLC which is the sole member of Nomad Ventures LLC.  Nomad Ventures is a member of  WDA Olympic Development LLC.  WDA Olympic Development LLC is a general partner of 901 West Olympic Boulevard Limited Partnership."

27.     Thus, EB-5 United's stated basis for its claim that the Hotel Project was "completed by EB-5 United principals" is that Mr. Fuller claims to be (1) the member of a limited liability company that is (2) the member of another limited liability company that is (3) one of a number of members of a limited liability company that is (4) a general partner in the limited partnership responsible for the Hotel Project.

COMPLAINT FOR INJUNCTIVE RELIEF AND
DAMAGES AND DEMAND FOR JURY- 5

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

\\krfile\data\Clients\27202\113\Pleadings\Complaint.docx

28.     WDA Olympic Development LLC, the general partner of 901 West Olympic Boulevard Limited Partnership referred to by Mr. Fuller, is an Oregon limited liability company. Mr. Fuller neither manages nor controls WDA Olympic Development LLC. Its manager is WD Olympic Holdings, LLC, an Oregon limited liability company. WD Olympic Holdings, LLC's manager is HGW Inc., an Oregon corporation. Homer G. Williams is the sole officer of HGW, Inc.

29.     WDA Olympic Development LLC played a limited role in the Hotel Project restricted to obtaining building permits and entitlements for the project. ALI is the managing general partner of the Hotel Project.

30.     Mr. Fuller did not "complete" the Hotel Project. Mr. Fuller was not part of the "development team" that completed the Hotel Project.

31.     EB5-United has refused and failed to remove references to the Hotel Project from its website despite ALI's demand that it do so and despite EB5-United's knowledge of its false and misleading advertising.

## V.     COUNTS

### COUNT ONE

**DEFENDANT EB-5 UNITED IS LIABLE TO ALI FOR UNFAIR COMPETITION AND FALSE ADVERTISING IN VIOLATION OF THE LANHAM ACT**

32.     ALI realleges the previous paragraphs of this Complaint as if fully set forth herein.

33.     EB-5 United's use of photographs of ALI's Hotel Project and accompanying text falsely and misleadingly associating EB-5 United with the Hotel Project for the purpose of promoting, marketing, and selling its services to prospective investors, in competition with ALI, constitutes unfair competition through false advertising pursuant to 15 U.S.C. § 1125(a).

COMPLAINT FOR INJUNCTIVE RELIEF AND
DAMAGES AND DEMAND FOR JURY- 6

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

\\krfile\data\Clients\27202\113\Pleadings\Complaint.docx

34.     EB-5 United has used false or misleading descriptions of fact in interstate commerce in connection with its services in its website, where the description or representation misrepresents EB-5 United's role in the Hotel Project and association with ALI.

35.     EB-5 United's unfair competition and false advertising have caused, and will continue to cause, damage to ALI; and further, EB-5 United's conduct is causing irreparable harm to ALI for which there is no adequate remedy otherwise available at law.

36.     Such irreparable harm will continue unless EB-5 United's acts are restrained and enjoined during the pendency of this action, and permanently thereafter.

37.     As a direct and proximate result thereof, EB-5 United is liable to ALI for compensatory damages, together with EB-5 United's profits, trebled in accordance with 15 U.S.C. § 1117, together with attorneys' fees and costs provided thereunder, all in an amount to be determined at trial.

**COUNT TWO**

**VIOLATION OF WASHINGTON CONSUMER PROTECTION ACT**

38.     ALI realleges the previous paragraphs of this Complaint as if fully set forth herein.

39.     By reason of the foregoing, EB-5 United engaged in an unfair or deceptive act or practice, occurring within the conduct of trade or commerce, affecting the public interest, injuring ALI's business or property, in violation of the Washington Unfair Business Practices/Consumer Protection Act, RCW Chap. 19.86.

40.     As a direct and proximate result thereof, EB-5 United is liable to ALI for compensatory damages, together with treble damages and attorneys' fees and costs pursuant to RCW 19.86.090, all in an amount to be determined at trial.

COMPLAINT FOR INJUNCTIVE RELIEF AND
DAMAGES AND DEMAND FOR JURY- 7

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1

2

### COUNT THREE

### TORTIOUS INTERFERENCE WITH PROSPECTIVE BUSINESS RELATIONS

3       41.     ALI realleges the previous paragraphs of this Complaint as if fully set forth

4   herein.

5       42.     By reason of the foregoing, EB-5 United, with knowledge of ALI's prospective

6

business relationships and/or business expectancies, intentionally interfered with said

7

relationships and/or expectancies for an improper purpose or by improper means, thereby

8

9   inducing or causing a breach or termination of the expectancy.

10      43.     As a direct and proximate result of the foregoing, EB-5 United is liable to ALI for

11  damages in an amount to be determined at trial, for tortious interference with prospective

12  business relations.

13

### COUNT FOUR

14

### UNJUST ENRICHMENT

15

16      44.     ALI realleges the previous paragraphs of this Complaint as if fully set forth

17  herein.

18      45.     The foregoing actions by EB-5 United have conferred a benefit on EB-5 United.

19  EB-5 United received and enjoyed such benefits under conditions where it would be inequitable

20  for EB-5 United to retain the benefits without paying the value thereof.  ALI is entitled to

21  recover from EB-5 United an amount equal to the value of such benefits conferred.

22

23      46.     By reason of the foregoing, EB-5 United is liable to ALI for unjust enrichment in

24  an amount to be determined at trial.

25

### PRAYER FOR RELIEF

26      WHEREFORE, plaintiff ALI requests entry of judgment and relief as follows:

COMPLAINT FOR INJUNCTIVE RELIEF AND
DAMAGES AND DEMAND FOR JURY- 8

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1.      That Defendant EB-5 United's conduct be declared improper and unlawful pursuant to the Lanham Act, the Washington Unfair Business Practices / Consumer Protection Act, and common law;

2.      That EB-5 United, its subsidiaries, subdivisions, affiliates, principals, officers, employees, agents, and all other persons associated with or acting in concert with EB-5 United, be permanently enjoined from using photographs or the name of any development projects of ALI projects, including but not limited to the Hotel Project, in advertising, marketing, or other promotions or solicitations in connection with EB-5 United's business;

3.      That EB-5 United, its subsidiaries, subdivisions, affiliates, principals, officers, employees, agents, and all other persons associated with or acting in concert with EB-5 United be permanently enjoined from falsely associating its limited liability company, subsidiaries, subdivisions, affiliates, principals, officers, employees, agents, and development projects and operations with ALI and its development projects and operations, or otherwise from performing any other act likely to create the appearance or belief that EB-5 United, its subsidiaries, subdivisions, affiliates, principals, officers, employees, agents, and all other persons associated with EB-5 United are in any way licensed, sponsored, endorsed, or otherwise associated with ALI and its projects;

4.      That EB-5 United be ordered to pay ALI compensatory damages, including all profits made as a result of EB-5 United's wrongful conduct;

5.      That EB-5 United be ordered to pay ALI treble damages pursuant to 15 U.S.C. §117(a)(3) and RCW 19.86.090;

6.      That EB5-United be ordered to pay ALI for all of its reasonable costs and attorneys' fees pursuant to  RCW 19.86.090 and 15 U.S.C. § 1117(a)(3);

COMPLAINT FOR INJUNCTIVE RELIEF AND
DAMAGES AND DEMAND FOR JURY- 9

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

\\krfile\data\Clients\27202\113\Pleadings\Complaint.docx

7.     That ALI be awarded all other remedies available pursuant to the Lanham Act, the

Washington Unfair Business Practices/Consumer Protection Act and common law, including

treble damages, disgorgement of profits, costs, and attorneys' fees; and

8.     All additional and further relief this Court believes just and proper.

### JURY DEMAND

American Life, Inc. requests its causes of action be tried by jury.

RESPECTFULLY SUBMITTED this 18th day of August, 2014.

KELLER ROHRBACK L.L.P.

/s/ *Rob J. Crichton*
Rob J. Crichton, WSBA #20471
Karin B. Swope, WSBA #24015
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: 206/428-0561 / Fax: 206/623-3384
rcrichton@kellerrohrback.com
kswope@kellerrohrback.com

COMPLAINT FOR INJUNCTIVE RELIEF AND
DAMAGES AND DEMAND FOR JURY- 10

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of August, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means:


The following parties have not yet appeared or registered with ECF and will be served via U.S. Mail:

B. Scott Fuller, Registered Agent
EB-5 United, L.L.C.
501 SE Columbia Shores Blvd., Ste. 400
Vancouver, WA 98551


/s/ Rob J. Crichton
Rob J. Crichton, WSBA #20471
Keller Rohrback L.L.P.
*Attorneys for Plaintiff*

COMPLAINT FOR INJUNCTIVE RELIEF AND
DAMAGES AND DEMAND FOR JURY- 11

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

\\krfile\data\Clients\27202\113\Pleadings\Complaint.docx

# EXHIBIT A





LA LIVE COURTYARD/RESIDENCE INN, LOS ANGELES

Role: Co-Development Team, LLC Member
Project Size: 400 rooms
EB-5 Equity: $176 million
I-526 Approval: 100%

# EXHIBIT B

# KELLER ROHRBACK L.L.P.

LAURIE B. ASHTON ①⑤⑥
IAN S. BIRK
JAMES A. BLOOM ① ⑥
STEPHEN R. BOATWRIGHT ① ⑤
KAREN E. BOXX
GRETCHEN FREEMAN CAPPIO
ALISON CHASE③④⑥
T. DAVID COPLEY ③
ALICIA M. CORBETT ①
ROB J. CRICHTON ②
DANIEL A. DECHESARO
MAUREEN M. FALECKI
JULI FARRIS ④
RAYMOND J. FARROW
ERIC J. FIERRO ① ⑥
ALISON S. GAFFNEY
GLEN P. GARRISON ⑥
LAURA R. GERBER
MATTHEW M. GEREND
DEIRDRE P. GLYNN LEVIN

GARY A. GOTTO ①⑤
BENJAMIN GOULD ④
CHRISTOPHER GRAVER ①⑥
GARY D. GREENWALD ①④⑥
MARK A. GRIFFIN ③
AMY N.L. HANSON
IRENE M. HECHT
SCOTT C. HENDERSON
HOLLY E. HINTERBERGER
MICHAEL G. HOWARD
KHESRAW KARMAND ②⑥
DEAN N. KAWAMOTO ④⑥
RON KILGARD ①②④⑥
SUSAN A. KIM ④⑥
KATHRYN M. KNUDSEN
DAVID J. KO
ERIC R. LALIBERTE
BENJAMIN J. LANTZ
CARI CAMPEN LAUFENBERG
ELIZABETH A. LELAND

MICHAEL M. LICATA
TANA LIN ⑦⑧⑥
DEREK W. LOESER
RYAN McDEVITT
DANIEL MENSHER ⑥⑥
IAN J. MENSHER
GRETCHEN S. OBRIST
ROBERT S. OVER
DAVID S. PREMINGER ⑨ ⑥
MATTHEW J. PREUSCH ⑨ ⑥
ERIN M. RILEY
ISAAC RUIZ
DAVID J. RUSSELL
MARK D. SAMSON ①⑥⑥
LYNN LINCOLN SARKO ⑥⑦
WILLIAM C. SMART
THOMAS A. STERKEN
BETH M. STROSKY
KARIN B. SWOPE
PAUL A. TONELLA

HAVILA C. UNREIN ④⑥
MARGARET E. WETHERALD ⑥
HARRY WILLIAMS, IV ⑥
AMY WILLIAMS-DERRY
MICHAEL WOERNER
BENSON D. WONG
DIANA M. ZOTTMAN ③

① ADMITTED IN ARIZONA
② ALSO ADMITTED IN CALIFORNIA
③ ADMITTED IN ARIZONA
④ ALSO ADMITTED IN CALIFORNIA
⑤ ALSO ADMITTED IN COLORADO
⑥ ALSO ADMITTED IN IDAHO
⑦ ALSO ADMITTED IN ILLINOIS
⑧ ALSO ADMITTED IN MARYLAND
⑨ ALSO ADMITTED IN MICHIGAN
⑩ ADMITTED IN MONTANA
⑪ ADMITTED IN NEW YORK
⑫ ALSO ADMITTED IN NEW YORK
⑬ ALSO ADMITTED IN OREGON
⑭ ALSO ADMITTED IN OHIO
⑮ ALSO ADMITTED IN TEXAS
⑯ ALSO ADMITTED IN WASHINGTON, D.C.
⑰ ALSO ADMITTED IN WISCONSIN
⑱ NOT ADMITTED IN WASHINGTON

July 2, 2014

**CERTIFIED MAIL; US MAIL AND
EMAIL: scott@eb5united.com**

EB-5 United LLC
501 SE Columbia Shores Blvd
Suite 400
Vancouver, WA  98661
Attn: B. Scott Fuller

Re:     Cease and Desist Use of 901 West Olympic Boulevard Limited Partnership's
        name, information, and images

Dear Mr. Fuller:

We represent 901 West Olympic Boulevard Limited Partnership in connection with the above referenced matter.  Your web site, www.eb5united.com, and marketing information misrepresents, misappropriates, and contains unauthorized names, information, and images of the building owned by 901 West Olympic Boulevard Limited Partnership—the L.A. Live Courtyard/Residence Inn ("Project").  It appears that you are attempting to mislead the public and potential investors regarding your alleged involvement in the Project.  Your use of or reference to the Project developed by 901 West Olympic Boulevard Limited Partnership and its name, information, and images is a violation of 901 West Olympic Boulevard Limited Partnership's intellectual property rights, trademark rights, common law rights, and trade name rights, and this letter constitutes 901 West Olympic Boulevard Limited Partnership's demand that you immediately cease and desist any and all use of or reference to 901 West Olympic Boulevard Limited Partnership, its property, or the Project.

901 West Olympic Boulevard Limited Partnership has several options under law to enforce its legal rights. If 901 West Olympic Boulevard Limited Partnership were to file a lawsuit against you, it would be entitled to seek: (1) preliminary and permanent injunctions; (2) actual monetary damages; (3) disgorging of any profits you have realized through your use of 901 West Olympic Boulevard Limited Partnership's name, property, and images; (4)

EB-5 United LLC                                    KELLER ROHRBACK L.L.P.
July 2, 2014
Page 2

reimbursement of attorneys' fees required to prosecute a lawsuit against you as allowed by law;
and (5) monetary damages for damage to 901 West Olympic Boulevard Limited Partnership's
goodwill in the market.

Please be advised that 901 West Olympic Boulevard Limited Partnership will undertake
all appropriate steps to protect its name, property, and images and its associated goodwill. You
can avoid legal action by immediately ceasing and desisting from any and all infringing activity
including use of 901 West Olympic Boulevard Limited Partnership's name, property, Project,
and images.  You must cease and desist all promotion and/or marketing of the Project's name,
property, and images on any and all web sites or marketing material.  You are hereby put on
notice that 901 West Olympic Boulevard Limited Partnership and I will be monitoring your use
of these names, property, and images for this purpose.  Please remove this information
immediately.

If you have any questions, please feel free to contact me.

Sincerely,

Benjamin J. Lantz
blantz@kellerrohrback.com

BJL:

N:\Clients\27202\86\EB-5 United Cease & Desist (KR07.02.14).docx