The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMERICAN LIFE, INC., a Washington corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>EB-5 UNITED, LLC, a Washington limited liability company,<br><br>　　　　　　　　Defendant. | No. 2:14-cv-01268 RAJ<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff American Life, Inc., through its undersigned counsel of record, hereby gives notice that the above-captioned case is voluntarily dismissed, without prejudice, against Defendant EB-5 United, LLC. Defendant has neither filed an answer to the complaint nor a motion for summary judgment as to American Life, Inc.'s claims. Dismissal under FRCP 41(a)(1)(A)(i) is therefore permitted without a court order.

NOTICE OF VOLUNTARY DISMISSAL
(2:14-CV-01268-RAJ)- 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

\\krfile\data\Clients\27202\113\Pleadings\NoticeDismissal.docx

KELLER ROHRBACK L.L.P.

/s/ *Rob J. Crichton*
Rob J. Crichton, WSBA #20471
Karin B. Swope, WSBA #24015
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900 / Fax: (206) 623-3384
rcrichton@kellerrohrback.com
kswope@kellerrohrback.com

NOTICE OF VOLUNTARY DISMISSAL
(2:14-CV-01268-RAJ)- 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

\\krfile\data\Clients\27202\113\Pleadings\NoticeDismissal.docx

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of September, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means:

Travis W. Hall, WSBA # 38468
Bateman Seidel Miner Blomgren Chellis & Gram, P.C.
888 SW Fifth Avenue, Suite 1250
Portland, OR 97204
thall@batemanseidel.com
Attorneys for Defendant EB-5 United, LLC

/s/ *Rob J. Crichton*
Rob J. Crichton, WSBA #20471
Keller Rohrback L.L.P.
*Attorneys for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL
(2:14-CV-01268-RAJ)- 3

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

\\krfile\data\Clients\27202\1 13\Pleadings\NoticeDismissal.docx